# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CLAUDE LOWERY,

      Petitioner,

  v.

THOMAS RUBENZER,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-479-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed with prejudice against respondent Thomas Rubenzer.

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____11/4/08_____
**Date**

Dockets.Justia.com